### 7398.  SHARPE v. THE STATE.

HODGES, J.  In every application for a new trial a brief of the testimony in the case shall be filed by the movant, under the revision and approval of the court.  Civil Code, § 6306.  Where an order is taken to hear a motion for a new trial in vacation, the brief of evidence must be presented for approval within the time fixed by the order, or else the motion will be dismissed.  Civil Code, § 6090.  In this case, no brief of evidence having been tendered to the presiding judge for approval upon the hearing of the motion, the judge did not err in dismissing the motion.                                  *Judgment affirmed.*

DECIDED JULY 27, 1916.

Indictment for embezzlement; from Toombs superior court— Judge Rawlings.  December 29, 1915.

*E. J. Giles, L. J. Cowart, W. E. Brown, C. W. Sparks,* for plaintiff in error.  *R. Lee Moore, solicitor-general,* contra.

---

### 7408.  MILLER v. THE STATE.

HODGES, J.  The demurrer to the bill of indictment based upon section 720 of the Penal Code, alleging that the accused "did sell and dispose of all the cotton and cottonseed grown on three acres of cotton planted on Mrs. Johnson's farm," should have been sustained.  This allegation does not sufficiently describe and specify the property.  The description of the property in the "mortgage" was too vague and indefinite to form the basis of a criminal prosecution.  *Osborne v. Rice,* 107 *Ga.* 281 (33 S. E. 54); *Hampton v. State,* 124 *Ga.* 3 (52 S. E. 19).

*Judgment reversed.*

DECIDED JULY 27, 1916.

Indictment for misdemeanor; from Gordon superior court— Judge Fite.  March 11, 1916.

*A. L. Henson, T. H. Lang,* for plaintiff in error.
*Joseph M. Lang, solicitor-general,* contra.